# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

SONIA ROJAS BUEHRENS,

    Plaintiff,

v.                                                   CASE NO. 1:16-cv-00354-WTH-CAS

NANCY A BERRYHILL,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 22. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk shall enter the following judgment: "The decision of the Commissioner, denying benefits, is affirmed." The Clerk is directed to close the file.

**DONE AND ORDERED** this *12th* day of March, 2018

*[signature]*

UNITED STATES DISTRICT JUDGE